```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| ROBERT MICHAEL BAKER,                )<br>                                      )<br>            Petitioner              )<br>                                      )    Civil Action<br>     v.                               )    No. 14-cv-01879<br>                                      )<br>SUPERINTENDENT JEROME WALSH;          )<br>THE DISTRICT ATTORNEY OF THE          )<br>   COUNTY OF LANCASTER; and           )<br>THE ATTORNEY GENERAL OF THE           )<br>   STATE OF PENNSLYVANIA,             )<br>                                      )<br>            Respondents              ) | |

                          O R D E R

       NOW, this 15th day of March, 2016, upon consideration of

the following documents:

  (1)  Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus
       by a Person in State Custody filed March 28, 2014
       ("Habeas Corpus Petition") (Document 1);

  (2)  Respondents' untitled response filed June 9, 2014
       ("Response") (Document 5);

  (3)  Report and Recommendation of United States Magistrate
       Judge Lynne A. Sitarski dated and filed February 18, 2016
       (Document 16);

it appearing that no objections have been filed to the Report

and Recommendation of Magistrate Judge Sitarski;[1] it further

appearing that Magistrate Judge Sitarski's Report and

---

[1] Petitioner received a Notice accompanying the Report and Recommendation stating that he was required to file any objections to it within fourteen days pursuant to Rule 72.1(IV)(b) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania. The Notice and Report and Recommendation were served on the parties on February 19, 2016. Thus, any objections were required to be filed on or before March 4, 2016. No objections have been filed as of the date of this Order.

Recommendation correctly determined the legal and factual issues presented in the Habeas Corpus Petition,

<u>IT IS ORDERED</u> that Magistrate Judge Sitarski's Report and Recommendation is approved and adopted.

<u>IT IS FURTHER ORDERED</u> that the Habeas Corpus Petition is denied with prejudice.

<u>IT IS FURTHER ORDERED</u> that a certificate of appealability is denied.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge